**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AMADO CORREA-SANTOS,**<br>**Petitioner,**<br>**v.**<br>**WARDEN, FCI FORT DIX, et al.,**<br>**Respondents.** | **Civil Action No. 23-16759 (RK)**<br><br>**MEMORANDUM & ORDER** |

This matter comes before the Court on a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, filed by Petitioner Amado Correa-Santos, an inmate incarcerated at the Federal Correctional Institution ("FCI") Fort Dix. (ECF No. 1.) Petitioner challenges the Bureau of Prison's ("BOP") determination that an immigration detainer renders him ineligible to earn First Step Act ("FSA") time credits. (*Id.* at 10-11.) Respondent filed an Answer in opposition to relief, arguing Petitioner failed to exhaust administrative remedies, and he is ineligible to earn FSA time credits because he is serving a sentence for unlawful reentry after he was removed for a felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(1), which disqualifies him from FSA time credit eligibility under 18 U.S.C. § 3632(d)(4)(D)(lix). (ECF No. 5 at 7-9.) Petitioner did not file a reply or an amended petition.

Because the BOP asserts Petitioner is ineligible to earn FSA time credits for a reason distinct from his immigration detainer, and Petitioner did not amend his petition to raise a new claim, the Court DENIES the Petition.

**IT IS** on this 30th day of September 2026,

**ORDERED** that the Petition (ECF No. 1) is **DENIED without prejudice**; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of this Memorandum & Order upon Petitioner by regular mail; and it is further

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

ROBERT KIRSCH
United States District Judge